UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 AUG 29  PM 1:33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) CR. Nos. | 05-20295-Ma/V and |
| | ) | 05-20293-B/An |
| vs. | ) | |
| | ) | |
| **GERALD BERRY,** | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Gerald Berry, RNI Number: 168167 and Booking Number: 5115749, now being detained in the Shelby County Jail, 201 Poplar Avenue, Memphis, TN, appear before the Honorable Diane K. Vescovo on (day) 19th, (month) September, 2005, at (time) 2:00 pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of August, 2005.

Stephen C. Parker
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Mark Luttrell, Shelby County Jail, 201 Poplar Avenue, Memphis, TN.

YOU ARE HEREBY COMMANDED to have Gerald Berry, RNI Number: 168167 and Booking Number: 5115749, appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 29th day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-2-05___

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20295 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT