CJA 7
(Rev. 2/84)

LOCATION CODE _____

FILED BY /s/ BMG D.C.

05 DEC -5 PM 1:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

USA vs. GERALD BERRY

Docket No. 05-20295-MA ✓
          05-20293-B

**ORDER TERMINATING
APPOINTMENT OF COUNSEL**     ☒  Check
         and/or                  one or
**AUTHORIZATION FOR              both
DISTRIBUTION OF
AVAILABLE PRIVATE            ☐
FUNDS**

WHEREAS, __THE FEDERAL DEFENDER'S OFFICE__ was appointed as counsel for the above defendant/petitioner, on the __21ST__ day of __SEPTEMBER__, 20 __05__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check    ☒ ORDERED that the appointment of said counsel is hereby terminated. **(DUE TO CONFLICT**
one or                                                                              **OF INTEREST)**
both     ☐ AUTHORIZED/DIRECTED that such funds in the amount of $ _____ be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Dated this __5th__ day of __December__, 20 __05__.

__/s/ Diane K. Vescovo__
United States Judge/Magistrate

DISTRIBUTION:   COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-9-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20295 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT